UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 14-27336 |
| William E. Ammons, | Chapter 13 |
| Debtor. | Honorable Pamela S. Hollis |

### NOTICE OF MOTION

TO:   See attached Service List

On November 16, 2018 at 10:45 a.m., I shall appear before Bankruptcy Judge Pamela S. Hollis, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432, or in her absence, before such other Bankruptcy Judge as may be presiding in her place and stead, and shall then and there present the attached Motion to Extend Time filed by JPMorgan Chase Bank, National Association, at which time and place you may appear if you so see fit.

>FAIQ MIHLAR (#6274089)
>HEATHER M. GIANNINO (#6299848)
>AMANDA J. WIESE (#6320552)
>ZHIQI WU (#6324870)
>CHERYL CONSIDINE (#6242779)
>HEAVNER, BEYERS & MIHLAR, LLC
>Attorneys at Law
>P.O. Box 740
>Decatur, IL 62525
>Email: bkdept@hsbattys.com
>Telephone: (217) 422-1719
>Facsimile: (217) 422-1754

STATE OF ILLINOIS
COUNTY OF MACON

I, Zhiqi Wu, an attorney, being first duly sworn upon oath, depose and state I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorney via electronic notice on November 8, 2018, and as to the Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 8th day of November, 2018.

>/s/ Zhiqi Wu
>―――――――――――――
>Zhiqi Wu

## SERVICE LIST

**Service by Mail:**

William E. Ammons
401 Hillside Rd.
Joliet, Illinois 60433

**Service by Electronic Notice through ECF:**

John A. Reed
John A. Reed Ltd.
63 W. Jefferson Suite 200
Joliet, IL 60432

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 14-27336 |
| William E. Ammons, | Chapter 13 |
| Debtor. | Honorable Pamela S. Hollis |

## MOTION FOR EXTEND TIME TO RESPOND TO NOTICE OF FINAL CURE PAYMENT

NOW COMES, JPMorgan Chase Bank, National Association, (hereinafter "Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, states as follows:

1. On July 25, 2014, the Debtor filed a Chapter 13 bankruptcy.

2. On October 18, 2018, the Trustee filed a Notice of Final Cure Payment, (hereinafter "Notice").

3. The deadline to respond to the Notice is November 8, 2018.

4. Movant requests an additional Twenty One (21) days to file its response to the Notice.

WHEREFORE, JPMorgan Chase Bank, National Association respectfully request and prays that the Court enter its Order granting Movant through and including November 29, 2018, to the Trustee's Notice of Final Cure Payment and pray for such additional relief as the Court deems appropriate.

JPMorgan Chase Bank, National Association,

By: _____/s/ Zhiqi Wu_____
Zhiqi Wu
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754